UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL BESSER,

    Plaintiff,

v                                           Case No. 13-CV-14211
                                              HON. MARK A. GOLDSMITH

SSSBBANK,

    Defendant.
_____/

## ORDER STRIKING STIPULATION

On January 10, 2014, a Stipulation to Extend Deadline for Presentence Report Objections was filed [Dkt. #8].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 11(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. #8] is STRICKEN.

SO ORDERED.

Dated: January 13, 2014                           s/Mark A. Goldsmith
      Flint, Michigan                            MARK A. GOLDSMITH
                                                    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 13, 2014.

                                                      s/Deborah J. Goltz
                                                    DEBORAH J. GOLTZ
                                                    Case Manager